# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.,

Plaintiff(s) / Petittioner(s)

- against -

U.S. MED SUPPLY CORP., ET AL.

Defendant(s) / Respondent(s)

INDEX #: 1:22-CV-00743-MKB-VMS
DATE FILED: 02/10/2022
ATTORNEY FILE#: 5100-3321

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 02/11/2022, 01:48PM at 22 FAIRWAY DRIVE, GREAT NECK, NY 11020-1122, deponent served a SUMMONS IN A CIVIL ACTION & COMPLAINT WITH EXHIBIT "1" AND CIVIL COVER SHEET on DAVID COSTA, a defendant in the above action.

By delivering a true copy thereof to and leaving with MRS. COSTA/CO-TENANT, a person of suitable age and discretion at the above address, the said premises being the defendant's dwelling place/usual place of abode within the State of NEW YORK.

THE PERSON SERVED IDENTIFIED HERSELF TO DEPONENT AS BEING THE WIFE OF THE DEFENDANT, DAVID COSTA. AT THE TIME OF SERVICE, SHE CALLED DAVID COSTA ON HER CELL PHONE AND ASKED HIM TO COME OUTSIDE THE HOUSE TO ACCEPT SERVICE AND HE REFUSED. ACCORDINGLY, DEPONENT SERVED MRS. COSTA WITH THE ABOVE DESCRIBED PAPERS.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 02/12/2022 addressed to defendant DAVID COSTA at 22 FAIRWAY DRIVE, GREAT NECK, NY 11020-1122 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant, DAVID COSTA.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 40   Approximate height 5'06"   Approximate weight 128   Color of skin WHITE   Color of hair BROWN   Other NY LICENSE PLATE #:KKB2536

MRS. COSTA told the deponent that DAVID COSTA was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

TONY CONIGLIARO

Sworn to before me on 02/14/2022
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2025

✓

**UNITED STATES POSTAL SERVICE** — Certificat Ma

his Certificate of Mailing provides evidence that mail has been presented to USPS® for
his form may be used for domestic and international mail.

From:
P.O. BOX 470
MINEOLA, NY 11501-0470
"Personal & Confidential"

To: David Costa
22 Fairway Drive
Great Neck, New York 11020-1122

U.S. POSTAGE PAID
PM 1-Day
MINEOLA, NY
11501
FEB 12, 22
AMOUNT
$1.65
R2305K131611-07


1005

PS Form 3817, April 2007  PSN 7530-02-000-9065



#5100-3321    Re: DAVID COSTA  1/2



\# 5100-3321           RE: DAVID COSTA  2/2