**Exhibit "3"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY
and GEICO CASUALTY COMPANY,

                Plaintiffs,

-against-

U.S. MED SUPPLY CORP., DAVID COSTA, and
JOHN DOE DEFENDANTS 1-10,

                Defendants.
----------------------------------------X

Index No.: 1:22-cv-00743(MKB)(VMS)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by the undersigned parties, that this action is dismissed in its entirety with prejudice and without costs to any party, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii); and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be filed in counterparts, and that facsimile, photocopy, or electronic signatures shall be deemed acceptable and treated as originals.

Dated: February 7, 2023

RIVKIN RADLER LLP

By: _____
Barry Levy, Esq.
Michael Vanunu, Esq.
926 RXR Plaza
Uniondale, New York 11556

*Attorneys for Plaintiffs*

GARFUNKEL WILD, P.C.

By: _____
Justin Vogel, Esq.
Marc Sittenreich, Esq.
111 Great Neck Road
Great Neck, New York 11021

*Attorneys for Defendants U.S. Med Supply Corp. and David Costa*